An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

SATICOY BAY LLC SERIES 1013
ADOBE FLAT,
Appellant,
vs.
JP MORGAN CHASE BANK, N.A.; AND
QUALITY LOAN SERVICE
CORPORATION,
Respondents.

No. 64927

**FILED**

MAY 19 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _S. Young_
DEPUTY CLERK

## ORDER DISMISSING APPEAL

The parties' April 16, 2014, stipulation to dismiss this appeal is approved. The parties are to bear their own costs and fees. NRAP 42(b). Accordingly, we

ORDER this appeal DISMISSED.

_____, C.J.

cc:    Hon. Abbi Silver, District Judge
       Law Offices of Michael F. Bohn, Ltd.
       Smith Larsen & Wixom
       McCarthy & Holthus, LLP/Las Vegas
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

14-16151